IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBRA MCMANNES

    Plaintiff,

  v.

Case No. 17-cv-758-jdp

DEPARTMENT OF WORKFORCE DEVELOPMENT,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Department of Workforce Development against plaintiff Debra McMannes dismissing the case.

| s/ K. Frederickson, Deputy Clerk | January 4, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |